JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MONTA KEVIN TINDALL, | ) | No. CV 12-03998-SVW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEVIN CHAPPELL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 8, 2012

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE